UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAURA NOLAND, Plaintiff(s), v. SOCIAL SECURITY DISABILITY, Defendant(s). | Case No. 2:17-CV-2743 JCM (VCF) ORDER |

Presently before the court is plaintiff Laura Noland's motion to extend time to file an objection to the pending report and recommendation in her case. (ECF No. 7); *see* (ECF No. 6).

Plaintiff requests an extension to object to the outstanding report and recommendation, citing a need to obtain counsel to adequately brief her concerns. (ECF No. 7). Plaintiff has represented herself in these proceedings, but recently came to the realization that she needs legal assistance to advance her claims. *Id.*

In order to promote the efficient resolution of this case on the merits, the court will grant the motion to extend time.

Good cause appearing,

IT IS HEREBY ORDERED that plaintiff's motion to extend time (ECF No. 7) be, and the same hereby is, GRANTED. Plaintiff will have an additional 21 days from the date of this order to file an objection to the report and recommendation. The court will not grant any further extensions of time to object to the report and recommendation.

DATED January 12, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**